AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

**UNITED STATES OF AMERICA**
**v.**

**Humabanu Babuhai GHANCHI,**

**Defendant.**

Case No. 8:26-MJ-244 (MJK)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of October 10, 2026, in the county of Clinton in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) | The defendant, an alien, native and citizen of India, who has been denied admission, excluded, deported, or removed, or has departed the United States while an order of exclusion, deportation, or removal is outstanding, entered and was thereafter found in the United States without the Attorney General of the United States, or his successor, the Secretary of Homeland Security, having expressly consented to her reapplication for admission into the United States. |

This criminal complaint is based on these facts:
See attached affidavit.

☒ Continued on the attached sheet.

*Complainant's signature*

Asta M. Amar, Border Patrol Agent

*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: October 13, 2026

Digitally signed by Mitchell J Katz
Date: 2026.10.13 15:00:20 -04'00'

*Judge's signature*

City and State: Syracuse, NY

Hon. Mitchell J. Katz, U.S. Magistrate Judge

*Printed name and title*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Asta M. Amar, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a criminal complaint charging Humabanu Babuhai GHANCHI, ("GHANCHI") with violations of 8, United States Code, Section 1326(a) (Re-entry of Removed Aliens), as more fully described below.

2. I am a United States Border Patrol Agent ("BPA") currently assigned to the Swanton Sector, Champlain Station. I have been a BPA for two years and have been assigned to the Swanton Sector since January of 2024. I successfully completed training at the United States Border Patrol Academy in 2024, where I received training on the smuggling and trafficking of people and drugs; detecting and tracking illegal entry into the U.S.; and conducting surveillance, traffic stops, interviews, and arrests. I have experience performing each of these duties as a BPA. This affidavit is based in part on information provided to me by others and from law enforcement and immigration databases. It does not set forth all of my knowledge about the investigation.

3. I submit this affidavit in support of a criminal complaint charging Humabanu Babuhai GHANCHI with violating 8 U.S.C. § 1326(a), which prohibits any alien, who has previously been denied admission, excluded, deported, or removed from the United States from thereafter entering, attempting to enter, or being found in the United States without having obtained the express consent of the Secretary of Homeland Security to reapply for admission.

**Probable Cause**

4. On October 10, 2026, at approximately 12:19 a.m. BPAs received information from Swanton Sector Dispatch that they received remote images from border surveillance technology east of Upton Road in Mooers, NY of approximately three individuals crossing Southbound into the United States. Upton Road is a North and South dead-end road that ends at the international boundary with Canada. This remote area has had numerous illegal entrants in the past. This area is common for illegal entry into the country as it is a quick egress route from the border area.

5. At approximately 1:30 a.m. BPAs responded to the area and found three individuals, one later identified as Humabanu Babuhai GHANCHI, matching the description of one of the individuals on the camera hiding in the woods. BPAs identified themselves and asked the defendant for her immigration status. The defendant admitted that she is a citizen of India. The defendant was transported to the USBP station for further processing.

6. At the station, GHANCHI's biographical information and fingerprints were entered into Department of Homeland Security databases. Record checks confirmed that GHANCHI did not have any immigration documentation that would allow her to be within the United States legally. Record checks further revealed GHANCHI had been previously removed from the United States.

7. On August 20, 2026, GHANCHI was encountered by Border Patrol Agents in Champlain, New York and arrested after it was determined that she had illegally entered the United States from Canada. GHANCHI was issued an Expedited Removal. On August

20, 2026, GHANCHI was removed from the United States through the Champlain, New York Port of Entry.

8. A search of relevant immigration records confirmed that GHANCHI has not sought nor obtained the express permission of the Attorney General, or his successor, the secretary of Homeland Security, to return to the United States following her previous removal.

**Conclusion**

9. Based on the foregoing, I respectfully request the Court issue the proposed complaint charging the defendant with being an alien who, after having been denied admission, excluded, deported, or removed from the United States, knowingly entered, attempted to enter, or was found in the United States without having obtained the express consent of the Secretary of Homeland Security to reapply for admission, in violation of 8 U.S.C. § 1326(a).

.

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

Agent Asta M. Amar
United States Border Patrol

I, the Honorable Mitchell J. Katz United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by telephone on October 13, 2026, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

**Date:** __October 13, 2026____

Digitally signed by Mitchell J Katz
Date: 2026.10.13 14:46:41 -04'00'

Hon. Mitchell J. Katz
United States Magistrate Judge